## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **Plaintiff,** <br> **vs.** <br><br> **CHRISTOPHER CIRRI** <br><br> **Defendant.** | **CASE NO.: 2:21-CR-842 (MEF)** <br><br> **CONSENT ORDER MODIFYING RELEASE CONDITIONS** |

This matter being opened before the Court by Defendant, Christopher Cirri, through counsel, Tim Anderson, Esq., for an Order granting temporary release of Defendant's United States passport for the purpose of using it as a federally approved form of identification for a domestic flight on or about October 20, 2025, returning on or about October 25, 2025; and the United States Attorney's Office for the District of New Jersey (Garrett J. Schuman, Assistant U.S. Attorney, appearing) having consented; and United States Pretrial Services (Nailah Green, United States Pretrial Services Officer) having no objection to Mr. Cirri making this request to the Court; and for good cause shown,

**IT IS** on this 15th day of October 2025,

**ORDERED** that Pretrial Services temporarily release to Christopher Cirri his United States passport no later than Friday, October 17, 2025, for purposes of using it as a federally approved form of identification for a domestic flight on the above dates; it is further

**ORDERED** that Christopher Cirri return his passport to Pretrial Services no later than 48-hours after his return from his domestic travel; it is further

**ORDERED** that all other conditions of release set forth in the Court's Order for Release on Bail with Conditions, dated April 22, 2021, remain in full force and effect.

SO ORDERED.

*/s/ Jessica S. Allen*
_____
HONORABLE JESSICA S. ALLEN
United States Magistrate Judge

Form and entry consented to:

s/ Garrett J. Schuman
_____
Garrett J. Schuman
Assistant U.S. Attorney

_____
Tim Anderson, Esq.
Counsel for Defendant